UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>        Plaintiff,<br><br>-against-<br><br>ANTHONY BRIDANDI, ET AL.,<br><br>        Defendant. | 25 CIVIL 0524 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the February 24, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 27, 2025
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                 Chief United States District Judge